NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS HARRIS,
DOC #R54334,

        Appellant,

v.                             Case No. 2D18-1800

STATE OF FLORIDA,

        Appellee.

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Pinellas.
County; William Burgess, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard P. Albertine, Jr., Assistant Public
Defender, Bartow, for Appellant.

Nicholas Harris, DOC #R54334
Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.


        Affirmed.


LaROSE, C.J., MORRIS, and LUCAS, JJ, Concur.